1028

MAY 3, 2005

No. 04–9938 (04A927). PURSLEY *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MAY 5, 2005

No. 04–9966 (04A940). RICHMOND *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

MAY 12, 2005

No. 04A964. ZIEMBA *v.* RELL ET AL. Application for stay of execution of sentence of death, presented to JUSTICE GINSBURG, and by her referred to the Court, denied.

No. 04–10068 (04A961). IN RE MILLER. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 04–1518 (04A965). ROSS, BY HIS NEXT FRIEND, DUNHAM *v.* LANTZ, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION, ET AL. C. A. 2d Cir. Application for stay of execution of sentence of death, presented to JUSTICE GINSBURG, and by her referred to the Court, denied. Motion for leave to proceed on 8½- by 11-inch paper granted. Certiorari denied.

MAY 16, 2005

No. 04–914. FLORIDA *v.* RABB. Dist. Ct. App. Fla., 4th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Illinois* v. *Caballes,* 543 U. S. 405 (2005).